

FILED

JUN 1 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN PACIFIC FARMING COOPERATIVE, INC., | No. CV-F-01-6102 REC/DLB |
| | JUDGMENT |
| Plaintiff, | |
| vs. | |
| SUN WORLD INTERNATIONAL, | |
| Defendant. | |
| SUN WORLD INTERNATIONAL, INC., | |
| Counter-Claimant, | |
| vs. | |
| SUN PACIFIC FARMING COOPERATIVE, INC., SUN PACIFIC FARMING CO, BERNIE H. EVANS III and RICHARD PETERS, | |
| Counter-Defendants. | |

Pursuant to the Findings of Fact and Conclusions of Law filed herein, the court directs entry of judgment in favor of

1

defendant/counter-claimant Sun World International, Inc. and against plaintiff Sun Pacific Farming Cooperative, Inc and counter-defendants Sun Pacific Farming Cooperative, Inc., Sun Pacific Farming Co., Bernie H. Evans III and Richard Peters on Sun World's first claim for relief for conversion, its third claim for relief for intentional misrepresentation, and its ninth claim for relief for declaratory judgment:

    1. Counter-defendants, and each of them, and their agents, servants, and employees, and all persons acting under any license or sub-license agreement with them or for them are permanently enjoined from converting, propagating, growing, selling, licensing, distributing, using in any plant breeding program, farming activity or otherwise marketing or exporting Sugarone grapevines, Sugarone vines, Sugarone cuttings and Sugarone derivatives or progeny derived from those cuttings taken by Richard Peters from the Mecca ranch in 1972 (Sugarone Materials) and from holding themselves out as the lawful owner of these Sugarone Materials and are ordered to return to Sun World all Sugarone Materials and any records, charts, formulas, or propagating material related to the Sugarone variety in counter-defendant's possession or control derived from the Sugarone Materials or, at Sun World's election, to destroy all such Sugarone Materials under the supervision and observation of a representative of Sun World, within 60 days of entry of judgment.

    2. Pay to Sun World $8,064.00 in compensatory damages.

    3. Pay to Sun World $250,000.00 in punitive damages.

        4.    Pay to Sun World $27,684.03 in costs.

        5.    The court declares that Sun World has legal title to all Sugarone Materials in counter-defendants' possession, custody, or control as of the date of entry of judgment.

        6.    The court declares that counter-defendants have no lawful right to possess, control, propagate, market, develop, or transfer Sugarone Materials, that Sun World holds all right, title and interest in the Sugarone Materials, that counter-defendants have no lawful right to hold themselves out as lawful owners or sellers of the Sugarone Materials, that counter-defendants shall provide to Sun World a complete accounting of all Sugarone Materials in the possession, custody or control of counter-defendants or any of them within 60 days of entry of judgment.

Dated: June 16, 2006

                                                        ROBERT E. COYLE
                                        UNITED STATES DISTRICT JUDGE