UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN PACIFIC FARMING, etc., ) | |
| ) | 1:01-cv-6102 REC DLB |
| Plaintiff, ) | NEW CASE NUMBER: |
| v. ) | 1:01-CV-6102 OWW DLB |
| SUN WORLD INTERNATIONAL, etc., ) | |
| ) | ORDER REASSIGNING CASE |
| Defendant. ) | |

The Judgment in this matter having been affirmed in part and vacated and remanded in part; IT IS ORDERED that this case is reassigned from the docket of United States District Judge Robert E. Coyle to the docket of United States District Judge Oliver W. Wanger.

The parties shall appear before Judge Wanger on Thursday, July 3, 2008 at 8:15 a.m. for a status conference

IT IS SO ORDERED.

Dated:   May 14, 2008                    /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1