**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUN PACIFIC FARMING, etc.,<br><br>        Plaintiff,<br><br>   v.<br><br>SUN WORLD INTERNATIONAL, etc.,<br><br>        Defendants. | 1:01-cv-6102 OWW DLB<br><br>SCHEDULING CONFERENCE ORDER<br><br>Settlement Conference: 10/16/08 9:00 Ctrm. 9<br><br>Punitive Damages Briefs Due: 12/1/08<br><br>Opposition Briefs Due: 12/22/08<br><br>Reply Briefs Due: 1/8/09<br><br>Oral Argument Re: Punitive Damages Issues: 1/27/09 8:30 Ctrm. 3 |

I.  Date of Scheduling Conference.

    August 14, 2008.

II. Appearances Of Counsel.

    Webb Zeisenhaim Logsdon Orkin and Hanson PC by Kent Baldauf, Jr., Esq., and Russell Orkin, Esq., appeared on behalf of Plaintiff.

    Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, by Thomas Scott Belden, Esq., appeared on behalf of Defendant.

///

III.  Settlement Conference.

   1.   A Settlement Conference is scheduled for October 16, 2008, at 9:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck, United States Magistrate Judge.

   2.   Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference.

   3.   Permission for a party [not attorney] to attend by telephone may be granted upon request, by letter, with a copy to the other parties, if the party [not attorney] lives and works outside the Eastern District of California, and attendance in person would constitute a hardship.  If telephone attendance is allowed, the party must be immediately available throughout the conference until excused regardless of time zone differences. Any other special arrangements desired in cases where settlement authority rests with a governing body, shall also be proposed in advance by letter copied to all other parties.

   4.   Confidential Settlement Conference Statement. At least five (5) days prior to the Settlement Conference the parties shall submit, directly to the Magistrate Judge's chambers, a confidential settlement conference statement.  The statement should not be filed with the Clerk of the Court nor served on any other party.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.  Counsel are urged to request the return of their statements if settlement is not

achieved and if such a request is not made the Court will dispose of the statement.

    5.   The Confidential Settlement Conference Statement shall include the following:

        a.   A brief statement of the facts of the case.

        b.   A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

        c.   A summary of the proceedings to date.

        d.   An estimate of the cost and time to be expended for further discovery, pre-trial and trial.

        e.   The relief sought.

        f.   The parties' position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IV.   Further Scheduling of Case.

    1.   In the event that this case does not resolve at the October settlement conference, the Court adopts the following schedule for resolution of the punitive damages issue:

        a.   The parties' opening briefs to be filed on or about December 1, 2008.

        b.   The parties' oppositions shall be filed on or before December 22, 2008.

        c.   The parties' replies shall be filed on or before January 8, 2009.

1           d.   The oral arguments on the parties' damages
2  positions are scheduled for January 27, 2009, at 8:30 a.m.
3  V.   Motions - Hard Copy.
4       1.   The parties shall submit one (1) courtesy paper copy to
5  the Court of any motions filed that exceed ten pages and any
6  motions that have exhibits attached.  Exhibits shall be marked
7  with <u>protruding numbered or lettered tabs</u> so that the Court can
8  easily identify such exhibits.

11 IT IS SO ORDERED.
12 **Dated:   August 15, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE